IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jarek Molski, et al.,<br><br>           Plaintiff(s),<br>   v.<br><br>Sycamore Creek Vineyards, et al.,<br><br>           Defendant(s). | NO. C 04-02254 JW<br><br>**ORDER TO SHOW CAUSE<br>RE: SETTLEMENT** |

On July 1, 2005, the parties filed a joint notice of settlement informing the Court that the above-entitled matter has reached a settlement.  (See Docket No. 17.)  The parties stated that "dismissal documents will be filed with the Court no later than August 31, 2005."  Id.  The Court has yet to receive any dismissal documents and the parties are scheduled for a case management on September 26, 2005.  In light of the settlement, the Court vacates the September 26, 2005, case management conference and all trial and pretrial dates to give the parties additional time to file dismissal documents.  Thus, on or before **October 3, 2005**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **October 17, 2005** at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before **October 7, 2005**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement

and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: September 15, 2005            /s/ James Ware
                                     JAMES WARE
                                     United States District Judge

2

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Carol J. Marshall carol@marshallsuzuki.com
Kristina M. Wertz kwertz@disabilitieslaw.com
3  Thomas E. Frankovich tfrankovich@disabilitieslaw.com
Thuy Minh-Ha Hoang thoang@disabilitieslaw.com

5  **Dated: September 15, 2005**               **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers_____**
                                                   **Ronald L. Davis**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California