1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  2806 Van Ness Avenue
   San Francisco, CA  94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900

Attorneys for Plaintiffs JAREK MOLSKI
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SYCAMORE CREEK VINEYARDS, INC., a California corporation,<br><br>　　　　Defendant. | **CASE NO. C04-2254 JW (RS)**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

　　　　The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

STIPULATION OF DISMISSAL AND  ORDER THEREON

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2 through their designated counsel that the above-captioned action be and hereby is dismissed
3 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

| | |
|---|---|
| DATED: September 27, 2005 | THOMAS E. FRANKOVICH,<br>*A PROFESSIONAL LAW CORPORATION* |
| | By:   /s/ Jennifer L. Steneberg<br>     Jennifer L. Steneberg<br>Attorneys for Plaintiffs JAREK MOLSKI and DISABILITY RIGHTSENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS |
| DATED: September 27, 2005 | MARSHALL SUZUKI LAW GROUP |
| | By:   /s/ Carol J. Marshall<br>     Carol J. Marshall<br>Attorneys for Defendant SYCAMORE CREEK VINEYARDS, INC. |

### **ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED: September 28, 2005       /s/ JAMES WARE

Hon. James Ware
UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL AND ORDER THEREON    -2-